IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA  PLAINTIFF

v.  CIVIL ACTION NO. 1:10cv578-LG-RHW

PENNY PINCHER, INC., *et al.*  DEFENDANTS

**DEFENDANT, PENNY PINCHER'S, ONE YEAR
COMPLIANCE REPORT PURSUANT TO CONSENT DECREE**

COMES NOW the Defendant, PENNY PINCHER, INC., and for their One Year Compliance Report pursuant to the Consent Decree would state as follows, to-wit:

I.

Defendant, PENNY PINCHER, INC., has continued the following action pursuant to paragraph 16, 17 and 18 of the Consent Decree entered in this matter:

A. In accordance with paragraph 16.a.i. of the Consent Decree Defendant has continued to post the notice required by paragraph 7(a) of the Consent Decree. Said notice is published in each issue of the Penny Pincher.

B. In accordance with paragraph 16.a.ii. of the Consent Decree Defendant has had no advertisements which have been reported by readers under paragraph 7(b) of the Consent Decree.

C. In accordance with paragraph 16.a.iii. of the Consent Decree Defendant has had no advertisements which have been submitted and rejected under paragraph 7(c) of the Consent Decree.

D. In accordance with paragraph 16.a.iv. of the Consent Decree Defendant has continued to post the office placard required by paragraph 7(d) of the

1

Consent Decree. This placard continues to be posted at the Penny Pincher business location.

E. In accordance with paragraph 16.b. of the Consent Decree Defendant has not hired any additional employees which would have to undergo the training program.

II.

Defendant, PENNY PINCHER, INC., also continues to post the Gulf Coast Fair Housing display ad in the above matter.

III.

Further, a paper copy of the latest issue of Penny Pincher is being forwarded under separate cover to the U.S. Department of Justice, Housing and Civil Enforcement Section, Civil Rights Division.

RESPECTFULLY SUBMITTED, this the 23rd day of August, 2012.


PENNY PINCHER, INC., DEFENDANT

**BOYCE HOLLEMAN & ASSOCIATES**


BY: _/s/ D. Jeffrey White_
       D. Jeffrey White

2

<u>CERTIFICATE</u>

I, D. JEFFREY WHITE, do hereby certify that I have on this date forwarded, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Compliance Report to the following counsel of record:

Mitzi Dease Paige, Esquire
U. S. Attorney's Office
Southern District of Mississippi
One Jackson Place
188 E. Capitol Street, Suite 500
Jackson, MS  39201-9930

Joel Flaxman, Esquire
Housing and Civil Enforcement Section
Civil Rights Division
U. S. Department of Justice
950 Pennsylvania Avenue NW
Northwestern Building, 7th Floor
Washington, DC  20530

DATED, this the 23rd day of August, 2012.

BY: /s/ D. Jeffrey White
       D. Jeffrey White

D. Jeffrey White, Esquire (MS Bar # 9914)
Boyce Holleman & Associates
1720 23rd Avenue - Boyce Holleman Boulevard
Gulfport, Mississippi   39501
(228) 863-3142 - Telephone
(228) 863-9829 - Facsimile
E-Mail:  jeff@boyceholleman.com